**Sara L. Gabin**, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon, OR 97035-8651
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Craig NW Reynolds

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CRAIG NW REYNOLDS, | Case No. 10-71-ST |
| Plaintiff, | ORDER FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| V. | |
| MICHAEL J. ASTRUE Commissioner, Social Security Administration, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney's fees in the total amount of $3,622.33 pursuant to the Equal Access to Justice Act, 28 U.S.C. 412(d), shall:

1. Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, __ U.S. __ (2010), 130 S. Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Sara L. Gabin, P.C., at Ms. Gabin's office at 4500 SW Kruse Way, Suite 100, Lake Oswego, OR 97035; however,

2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not

subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Sara L. Gabin, P.C., and delivered via check to Ms. Gabin's office at 4500 SW Kruse Way, Suite 100, Lake Oswego, OR 97035.

There are no costs or expenses to be paid herein.

DATED this 27th day of May, 2011.

_____
UNITED STATES ~~DISRCTIC COURT~~ JUDGE
Magistrate

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

Approved by:

/s/ DAPHNE BANAY
DAPHNE BANAY
Special Assistant United States Attorney